U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FEB 28 2020

CLERK U.S. DISTRICT COURT
By: ____________
Deputy

UNITED STATES OF AMERICA

v.

ANDREW TAYLOR (01)

No. 4:20-MJ-176

CRIMINAL COMPLAINT

I, Special Agent M. Young, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

On or about February 25, 2020, in the Fort Worth Division of the Northern District of Texas, the defendant, **Andrew Taylor**, did knowingly and unlawfully possess a firearm, to wit: a Glock, model 21, .45 caliber pistol, bearing serial number BEXL741, in and affecting interstate and foreign commerce, and did so knowing that he had been convicted of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, in violation of Title 18, United States Code, § 922(g)(1) and 924(a)(2).

**Probable Cause:**

I, Special Agent M. Young, under oath, duly state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). The statements set forth in this affidavit are the product of my personal observations, training and experience, as well as information obtained from other law enforcement Officers and witnesses. Moreover, the facts presented are true and correct to the best of my knowledge and belief, but are not inclusive of all the evidence or information involved with this case.

1. On February 25, 2020, Fort Worth Police Department officers were attempting to locate **Andrew Taylor** who had several outstanding felony warrants. Officers had prior knowledge of a vehicle recently associated with **Taylor**, identified as a black Kia Sorento.

2. The black Kia Sorento was observed by Fort Worth Officers leaving a game room in the 1700 block of NE 28th St. **Taylor** was later identified as the driver of the vehicle. A female was located in the front passenger seat in the vehicle with **Taylor**.

3. Officers followed **Taylor** to a Quiktrip gas station located at 2501 NE 28th St where **Taylor** parked, and the female passenger of the vehicle went into the store.

4. Officers approached and parked behind **Taylor's** vehicle and conducted a high-risk vehicle stop, ordering **Taylor** out of the car and instructing **Taylor** to walk backwards towards them.

5. **Taylor** exited the vehicle, but failed to comply with Officer's commands and began walking forwards towards the Quicktrip entrance. Officers approached and pushed **Taylor** to the ground onto his stomach where he was handcuffed.

6. As **Taylor** was lying face down, an Officer asked **Taylor** if he had any weapons on him and **Taylor** stated he had a gun in his waistband. Officers recovered the firearm from Taylor's front waistband.

7. **Taylor** was arrested by Fort Worth Police Officers for his multiple felony warrants, and additionally charged with unlawful possession of a firearm by a felon.

8. **Taylor's** criminal history revealed he had a previous felony conviction for robbery in 2012.

9. An ATF Interstate Nexus Expert reviewed a description of the Glock, model 21, .45 caliber pistol, bearing serial number BEXL741, and determined the pistol had traveled in or affected interstate or foreign commerce prior to being possessed by **Taylor**.

Based upon the above facts and circumstances, I submit there is probable cause to believe that **Taylor**, a previously convicted felon, did knowingly and unlawfully possess a firearm, to wit: a Glock, model 21, .45 caliber pistol, bearing serial number BEXL741, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

Special Agent M. Young
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SWORN AND SUBSCRIBED before me this 28th day of February, 2020, at 9:40 am/pm, in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE